IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–152–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LOUIS GREGORY VENNING, | |
| Defendant. | |

Before the Court is Defendant Louis Gregory Venning's Motion to Transfer Defendant to Cascade County Detention Center Pending Trial. (Doc. 92.) Counsel for Mr. Venning represents that Mr. Venning's recent transfer from the Crossroads Correctional Center in Shelby, Montana to the Yellowstone County Detention center has made communication "very difficult." (*Id.* at 2.) As such, counsel for Mr. Venning requests that he be moved to the Cascade County Detention Center near Great Falls, Montana. (*Id.*) The United States does not object. (*Id.* at 1.)

This Court is normally reluctant to interfere with the United States Marshals Service's placement of pre-trial detainees, absent compelling circumstances. The circumstances of this case, however, are sufficiently unique to warrant judicial intervention in this case. As is evidenced in five prior continuance orders (Docs. 58; 60; 67; 83; 87), the discovery in this case is voluminous and the Court is

1

skeptical that counsel and Mr. Venning can sufficiently discuss the case, review discovery, and otherwise prepare for trial, absent the ability to more conveniently confer face-to-face. Moreover, Mr. Venning has previously sought and received a change of counsel due to perceived communication issues. (Doc. 80.) Consequently, while this Court will not normally interfere with the United States Marshals Service's placement decisions, the unique circumstances of this case justify issuance of the relief Mr. Venning seeks.

Accordingly, IT IS ORDERED that the motion (Doc. 92) is GRANTED.

IT IS FURTHER ORDERED that the United States Marshals Service shall transport Mr. Venning to the Cascade County Detention Center as soon as practicable and shall return Mr. Venning to the Yellowstone County Detention Center no sooner than 3 days before the final pre-trial conference in this matter currently scheduled for August 9, 2021.

DATED this 28th day of June, 2021.

Dana L. Christensen, District Judge
United States District Court