IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–152–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LOUIS GREGORY VENNING, | |
| Defendant. | |

Before the Court are three petitions for writs of habeas corpus *ad testificandum* filed by the United States of America.  (Docs. 106–108.)  These three petitions seek writs of habeas corpus directing the custodians of Daniel Dwayne Hanson (Doc. 106), Selena Joyce Lee (Doc. 107), and Amber Marie Madriz (Doc. 108) to bring such individuals before the Court at specified dates and times, so that they may testify at trial in the above-captioned matter.

Federal law authorizes this Court to issue a writ of habeas corpus as to incarcerated individuals when "necessary to bring [them] into court to testify."  28 U.S.C. § 2241(c)(5).  Here, Daniel Dwayne Hanson is in the Idaho State Correctional Center (Doc. 106 at 2), Selena Joyce Lee is in Passages – Alternatives, Inc. (Doc. 107 at 2), and Amber Marie Madriz is in the Bossier Parish Maximum Security Jail (Doc. 108 at 2).  As such, the Court finds writs are

1

necessary to secure their testimony at trial.

Accordingly, IT IS ORDERED that the petitions (Docs. 106–108) are GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall issue writs of habeas corpus *ad testificandum* directing the:

(1)     Warden of the Idaho State Correctional Center and the United States Marshal for the District of Montana, to produce Daniel Dwayne Hanson before the Court at the James F. Battin Courthouse in Billings, Montana, at 8:00 a.m. on Monday, November 15, 2021, with Hanson to stay in federal custody until the conclusion of his testimony, after which Hanson shall be returned to the custody of the Idaho State Correctional Center;

(2)     Administrator of Passages - Alternatives, Inc. and the United States Marshal for the District of Montana, to produce Selena Joyce Lee before the Court at the James F. Battin Courthouse in Billings, Montana, at 9:00 a.m. on Monday, November 15, 2021, with Lee to stay in federal custody until the conclusion of trial in the above-captioned matter, after which Lee shall be returned to the custody of the Administrator of Passages - Alternatives, Inc.; and

(3)     Warden of Bossier Parish Maximum Security Jail and the United States Marshal for the District of Montana, to produce Amber Marie Madriz before the Court at the James F. Battin Courthouse in Billings, Montana, at 9:00 a.m. on

Monday, November 15, 2021, with Madriz to stay in federal custody until the conclusion trial in the above-captioned matter, after which Madriz shall be returned to the custody of the Warden of Bossier Parish Maximum Security Jail.

DATED this 18th day of October, 2021.

Dana L. Christensen, District Judge
United States District Court