IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS GREGORY VENNING,<br><br>Defendant. | CR 19–152–BLG–DLC<br><br><br><br>ORDER |

The Defendant Louis Gregory Venning has filed a motion (Doc. 114) requesting that this Court play the "Unconscious Bias Juror Video" created by the United States District Court for the Western District of Washington "either during the jury pool's introduction videos, or during the preliminary instructions reading with the selected jurors." (Doc. 115). The United States opposes this motion. (Doc. 114.) Given the quickly impending trial date, the Court finds an accelerated briefing schedule is necessary.

Accordingly, IT IS ORDERED that the United States shall file a response brief to Mr. Venning's motion (Doc. 114) on or before November 1, 2021. Mr. Venning may file an optional reply brief on or before November 8, 2021.

DATED this 26th day of October, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court

1