IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS GREGORY VENNING,<br><br>Defendant. | CR 19–152–BLG–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 164.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Mr. Venning is charged by indictment with five counts of sex trafficking by force, fraud, and coercion, in violation of 18 U.S. § 1591(a) and (b) (Counts I–V), one count of sex trafficking of a minor and by force fraud and coercion, in violation of 18 U.S.C. § 1591(a)–(c) (Count VI), two counts of transportation of a

1

person with intent to engage in prostitution, in violation of 18 U.S.C. § 2421 (Counts VII–VIII), one count of transportation of a person with intent to engage in prostitution, in violation of 18 U.S.C. § 2421, 2 (Count IX), one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count XI), one count of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) (Count XII), one count of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) (Count XIII), and one count of distribution of cocaine, in violation of 21 U.S.C. § 841(a)(1) (Count XIV). (Doc. 10.)

Judge DeSoto recommends that this Court accept Mr. Venning's guilty pleas as to Counts V, VI, VII, and XIII after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 164) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Venning is adjudged guilty as charged in Counts V, VI, VII, and XIII of the operative indictment.

DATED this 30th day of November, 2021.

_____
Dana L. Christensen, District Judge
United States District Court