IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS GREGORY VENNING,<br><br>Defendant. | CR 19–152–BLG–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Louis Gregory Venning's Motion to Return Property. (Doc. 171.) Mr. Venning seeks the return of: (1) a Samsung Smart Phone; (2) a Global Cash Card; (3) $826 in United States currency; and (4) a Black Dockers Suitcase containing miscellaneous items. (Doc. 172 at 1–2.) Although it appears the United States originally objected to this motion (Doc. 171 at 1), it now has no objection and "will help coordinate the return of the property with Mr. Venning's counsel and the FBI." (Doc. 173.)

Accordingly, IT IS ORDERED the motion (Doc. 171) is GRANTED. The United States shall return the above-described property to Mr. Venning.

DATED this 20th day of December, 2021.

Dana L. Christensen, District Judge
United States District Court

1