IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–152–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LOUIS GREGORY VENNING, | |
| Defendant. | |

This Court previously ordered the United States to return certain property to Mr. Venning. (Doc. 174.) Because Mr. Venning subsequently notified the Court of his intent to move to withdraw his guilty plea, the Court vacated its prior order and ordered briefing on whether the property should still be returned. (Doc. 176.)

In response, Mr. Venning argues that the property should be returned because it serves no evidentiary purpose and even if it did, it would not need to "be physically present at trial" because he would concede that the property at issue both belonged to him and was in his possession when he was arrested. (Doc. 177.) In light of this concession, the United States does not object to its return. (Doc. 180.)

Accordingly, IT IS ORDERED that Mr. Venning's motion seeking the return of certain property (Doc. 171) is GRANTED. The United States shall return

1

the property as previously ordered (*see* Doc. 174).

DATED this 5th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court