IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–152–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LOUIS GREGORY VENNING, | |
| Defendant. | |

The Court previously set a hearing on Defendant Louis Gregory Venning's Unopposed Motion to Withdraw as Counsel and Motion for Substitution Counsel (Doc. 194) for April 20, 2022 (Doc. 195 at 4.) The Court's calendar can now accommodate an earlier setting for this hearing.

Accordingly, IT IS ORDERED this hearing is VACATED and RESET for 4:00 p.m. on March 29, 2022 at the Russell Smith Federal Courthouse in Missoula, Montana. Counsel of record in this case shall appear personally.

DATED this 23rd day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court